638

417 A.2d 792

Commonwealth v. Wueschinski, Appellant.

Submitted March 12, 1979. Laurence T. Himes, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.

417 A.2d 792

Amoco Oil Co. v. Cox, Appellant.

Submitted March 12, 1979. Richard L. Kearns, for appellant; Daniel L. Deardorff, for appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order affirmed.